No. 12–8788. SANDERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–8791. HARRINGTON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 12–8799. ROBINS *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 12–8811. BUDZIAK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8813. BRIGHTWELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8817. TRINGHAM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8835. MOORE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8844. DEARMAS-VALDES *v.* CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–451. NEW YORK, NEW YORK LLC, DBA NEW YORK NEW YORK HOTEL & CASINO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Motion of American Hotel and Lodging Association et al. for leave to file brief as *amici curiae* granted. Motion of National Retail Federation for leave to file brief as *amicus curiae* out of time denied. Certiorari denied.

No. 12–589. MICHIGAN DEPARTMENT OF COMMUNITY HEALTH ET AL. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 6th Cir. Motion of Michigan Health & Hospital Association for leave to file brief as *amicus curiae* granted. Certiorari denied.

No. 12–684. UNION CARBIDE CORPORATION AND SUBSIDIARIES *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Motion of National Association of Manufacturers et al. for leave to file brief as *amici curiae* out of time denied. Certiorari denied.